# Exhibit B

 Summarize The Dance and the Railroad by David Henry Hwang

"The Dance and the Railroad" is a one-act play by David Henry Hwang that tells the story of two Chinese immigrant laborers working on the construction of the Central Pacific Railroad in the 1860s. The play primarily focuses on the characters Ma and Lone, who come from different backgrounds and have different outlooks on life.

Ma is an older laborer who practices traditional Chinese opera in his free time, using it as a form of artistic and spiritual expression to maintain his sense of identity and dignity. He believes in the power of art to elevate the human spirit.

Lone, on the other hand, is a younger, more rebellious laborer who is initially skeptical of Ma's artistic pursuits. He is focused on survival and questions the practicality of art in their harsh and dehumanizing work conditions.

As the play unfolds, Ma and Lone's friendship deepens, and they share stories of their homeland, dreams of a better life, and moments of camaraderie. Tensions rise among the laborers as they face increasing hardships and exploitation, and Ma and Lone's bond is tested.

The play explores themes of identity, cultural alienation, the struggle for dignity, the power of art, and the enduring human spirit in the face of adversity. It sheds light on the historical experiences of Chinese immigrants who contributed to the construction of the railroad while enduring challenging conditions and cultural displacement. David Henry Hwang's "The Dance and the Railroad" is a poignant and thought-provoking exploration of these themes within the context of a pivotal moment in American history.

Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version

 David Henry Hwang's one-act play "The Dance and the Railroad" explores several key themes. This play is set in the 1860s during the construction of the Central Pacific Railroad and centers around two Chinese laborers, Ma and Lone, who are working on the railroad. Some of the primary themes include: 

1. **Identity and Cultural Alienation:** Ma and Lone, both Chinese immigrants, struggle with issues of identity and cultural alienation as they find themselves in a foreign land, working under grueling conditions. They grapple with the tension between preserving their cultural heritage and assimilating into American society.
2. **The Struggle for Dignity and Autonomy:** The play depicts the harsh and dehumanizing working conditions endured by Chinese laborers during the construction of the railroad. Ma and Lone's quest for dignity, self-respect, and autonomy is a central theme, as they resist oppression and seek to assert their humanity.
3. **Art and Creativity as a Form of Resistance:** Ma is an artist who uses his creativity to resist the dehumanization of labor. He practices traditional Chinese opera, utilizing art as a form of spiritual and emotional escape from the harsh reality of their work.
4. **The Price of Survival:** The characters grapple with the choices they must make in order to survive. Ma and Lone have different approaches to dealing with their circumstances, and the play raises questions about the moral compromises made in the pursuit of survival.
5. **Friendship and Solidarity:** The friendship and camaraderie between Ma and Lone are at the heart of the play. Their bond is tested as they confront adversity together, highlighting the importance of solidarity in the face of hardship.

