# Exhibit C

 **Summarize Who is RIch? by Matthew Klam**

 "Who Is Rich?" by Matthew Klam is a novel that follows the life of Rich Fischer, a struggling artist and cartoonist, during a summer art conference in New England. Throughout the story, Rich grapples with a midlife crisis and his troubled marriage to Robin. He becomes embroiled in an extramarital affair with Amy, another conference attendee, adding complexity to his relationships. The novel explores themes of love, infidelity, ambition, and self-discovery, all while offering a blend of humor and introspection. "Who Is Rich?" provides a portrait of a flawed but relatable protagonist as he confronts the challenges of his personal and professional life, ultimately seeking to answer the titular question of who he truly is.

**A** What are the main themes in Matthew Klam's Who is Rich?

Matthew Klam's novel "Who Is Rich?" explores several themes throughout its narrative. Some of the main themes include:

1. **Midlife Crisis and Identity:** The novel delves into the midlife crisis experienced by the protagonist, Rich Fischer. He grapples with questions of identity, purpose, and the choices he has made in life as he confronts the challenges of middle age.
2. **Marital Struggles:** Rich's troubled marriage and his infidelity are central to the story. The novel explores the complexities of long-term relationships, the strains of family life, and the impact of infidelity on both partners.
3. **Wealth and Class:** The novel examines issues related to wealth, privilege, and social class. Rich, a struggling illustrator, finds himself surrounded by affluent individuals at a summer art conference. This juxtaposition highlights the disparities in wealth and the sense of inadequacy he feels in this context.
4. **Artistic Ambition:** Rich's pursuit of artistic success and recognition is a recurring theme. He wrestles with the challenges and compromises inherent in the art world and grapples with his own creative ambitions.
5. **Moral Ambiguity:** The novel explores the moral ambiguity of its characters. Rich, in particular, is caught in a web of ethical dilemmas as he navigates his personal and professional life. The story raises questions about right and wrong, fidelity, and personal responsibility.
6. **Humor and Satire:** Klam's novel employs humor and satire to examine the foibles and absurdities of human behavior, particularly in the context of the art world and relationships.
7. **Parenting and Family Dynamics:** The novel also touches on issues related to parenting and family dynamics. Rich's interactions with his children and his role as a father are integral to his character development.

"Who Is Rich?" is a complex and thought-provoking novel that explores these themes through the lens of its flawed and relatable characters, offering a nuanced exploration of midlife crisis, marriage, and the pursuit of authenticity in a world marked by privilege and compromise.

Regenerate

Send a message



**Write a paragraph in the style of who is Rich by Matthew Klam**

In the humid haze of another stifling summer at the artists' retreat, Rich Fischer found himself entangled in the sticky web of his own contradictions. Surrounded by the privileged patrons of the arts, he felt like a fish out of water, a struggling illustrator amidst the well-heeled elite. The world of lavish dinners and expensive wine clashed with his own modest aspirations, laying bare the stark realities of class disparities. As he grappled with his crumbling marriage and the allure of a passionate affair, Rich navigated the treacherous waters of midlife, yearning for artistic recognition while questioning the choices that had brought him to this chaotic crossroads. In the midst of moral gray areas and comedic absurdities, "Who Is Rich?" painted a poignant portrait of one man's search for meaning, identity, and a way out of the tangle of his own making.