# Exhibit D

 Summarize What We've Lost is Nothing by Rachel Louis Snyder

 "What We've Lost is Nothing" by Rachel Louise Snyder is a novel that explores the interconnected lives of a diverse group of characters in a suburban neighborhood in Illinois. The story begins with a shocking event – a home invasion that reveals the hidden vulnerabilities and secrets of the residents. As the aftermath of the crime unfolds, the novel delves into the perspectives of various characters, including homeowners, immigrants, teenagers, and police officers, all affected by the incident in different ways. Through their individual stories, the book examines themes of fear, loss, community, and the complex relationships between neighbors. It paints a vivid portrait of a community grappling with its own sense of security, identity, and the ways in which their lives are intertwined. Ultimately, "What We've Lost is Nothing" offers a compelling exploration of the human condition and the fragility of the social fabric within a seemingly idyllic suburban neighborhood.

Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version

 In "What We've Lost is Nothing" by Rachel Louise Snyder, the theme of safety is examined through the lens of a series of burglaries that occur in a suburban neighborhood. Snyder skillfully delves into various aspects of safety, both physical and emotional, and how these incidents affect the characters and their perceptions of the world around them. Here's how Snyder explores the theme of safety in the novel: 

1. **Perception vs. Reality**: The burglaries shatter the illusion of safety that the characters had maintained within their community. The initial perception of their neighborhood as a secure and peaceful place is challenged, highlighting the discrepancy between the outward appearance and the underlying reality.
2. **Fear and Vulnerability**: The burglaries instill fear and vulnerability in the characters. They begin to question their own safety and the safety of their loved ones. The sense of security they once felt is replaced by a pervasive unease, leading to a heightened awareness of their surroundings.
3. **Community Response**: The burglaries prompt different responses within the community. Some residents become paranoid and invest in security measures, while others band together to form neighborhood watch groups. This illustrates the varying ways in which people cope with a perceived threat and seek to restore a sense of safety.
4. **Impact on Relationships**: The burglaries strain relationships as characters grapple with their own fears and anxieties. Friends, neighbors, and family members may view each other differently, leading to a breakdown in trust and communication. The sense of safety within interpersonal relationships is also compromised.
5. **Loss of Innocence**: The burglaries force characters to confront the loss of innocence and the realization that their lives are susceptible to unexpected disruptions. This loss of innocence reflects the broader theme of how safety can be a fragile and fleeting concept.
6. **Emotional Security**: Beyond physical safety, Snyder explores emotional security. Characters struggle with their own insecurities and past traumas, and the burglaries exacerbate these feelings. The incidents become a catalyst for characters to confront and address their emotional vulnerabilities.
7. **Exploration of Socioeconomic Factors**: The novel also delves into socioeconomic disparities and how they can impact perceptions of safety. Different characters have varying resources and experiences, which influence their reactions to the burglaries and their ability to safeguard their homes and families.

Through these various narrative elements, Rachel Louise Snyder presents a nuanced exploration of the theme of safety in "What We've Lost is Nothing." The burglaries serve as a catalyst for the characters to grapple with their own sense of security and vulnerability, prompting them to reevaluate their beliefs, relationships, and the world they thought they knew.

↻ Regenerate

Send a message    ➤

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version

