# Exhibit E

 Summarize the novel Love and other Impossible Pursuits by Ayelet Waldman

 "Love and Other Impossible Pursuits" by Ayelet Waldman is a contemporary novel that explores the complexities of love, loss, and blended families. The story revolves around Emelia, a smart and conflicted young woman who finds herself in the role of a stepmother after marrying Jack, a successful attorney. Emelia faces the daunting challenge of bonding with her stepson, William, while dealing with the hostility of his mother, Carolyn, who remains a powerful presence even in death.

The novel delves into the intricacies of relationships, grief, and forgiveness as Emelia grapples with her own sense of inadequacy and guilt while navigating the minefield of her new family dynamic. As the narrative unfolds, it reveals the characters' flaws, vulnerabilities, and the emotional scars they carry. Ultimately, "Love and Other Impossible Pursuits" is a poignant exploration of the complexities of love and the potential for healing and redemption in the face of seemingly insurmountable obstacles.



 What are some examples of grief in the novel Love and other impossible pursuits by Ayelet Waldman

 In "Love and Other Impossible Pursuits" by Ayelet Waldman, grief is a  central theme that permeates the lives of the characters. Here are some examples of grief as depicted in the novel:

1. **The Loss of Carolyn (William's Mother):** The novel opens with the death of Carolyn, Jack's ex-wife and William's mother. Her death has a profound impact on both William and Jack, leaving them grieving and struggling to come to terms with her absence.
2. **Emelia's Grief Over Her Child:** Emelia, the protagonist, grapples with her own grief over the loss of her infant daughter, Isabel. This loss occurred before the events of the novel, and it continues to haunt Emelia, affecting her emotional state and relationships.
3. **William's Grief and Confusion:** William, the young stepson, is deeply affected by his mother's death. He grapples with his grief and confusion over his changing family dynamics and the presence of Emelia as his stepmother.
4. **Emelia's Guilt and Grief:** Emelia's character is also marked by her grief over the loss of her marriage, the death of her daughter, and her feelings of guilt related to these events. Her emotional pain and sense of inadequacy are recurring themes throughout the novel.
5. **Jack's Complicated Grief:** Jack, as Carolyn's ex-husband, carries a complicated grief for his former wife, which is compounded by his struggles in co-parenting with Emelia and the emotional turmoil within their blended family.

These examples illustrate how grief is a pervasive and multifaceted theme in the novel, affecting each character in distinct ways. "Love and Other Impossible Pursuits" explores how grief can shape individuals' lives, influence their relationships, and ultimately

Regenerate

Send a message

**A:** Write a paragraph in the style of Ayelet Waldman's novel Love and other Impossible Pursuits

 In the hazy tapestry of Emelia's life, grief and longing were inextricably woven. She carried the weight of her daughter's absence, an ache that pulsed with every breath, and it cast a shadow over her attempts to navigate the labyrinthine complexities of her new family. William's eyes, haunted by the memory of his mother, mirrored her own pain in a silent, shared understanding. Their connection, born from a mutual understanding of loss, unfolded in stolen moments of vulnerability amidst the tumultuous sea of emotions that swirled around them. And amid the chaos of blended families, missed connections, and unspoken regrets, Emelia sought solace in the fragments of love and forgiveness that whispered softly through the cracks in their broken hearts, as they embarked on a journey towards healing, one uncertain step at a time.