AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Michael Chabon, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:23-cv-04625 |
| OPENAI, INC., et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs David Henry Hwang, Matthew Klam, Rachel Louise Snyder, and Ayelet Waldman.

Date:     09/08/2023

/s/ Daniel J. Muller
*Attorney's signature*

Daniel J. Muller, CA State Bar 193396
*Printed name and bar number*

Ventura Hersey & Muller, LLP
1506 Hamilton Avenue
San Jose, CA 95125

*Address*

dmuller@venturahersey.com
*E-mail address*

(408) 512-3025
*Telephone number*

(408) 512-3022
*FAX number*