1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6      MICHAEL CHABON, et al.,                    Case No.  23-cv-04625-PHK

              Plaintiffs,

7

8           v.                                    **ORDER SETTING INITIAL CASE**
                                                  **MANAGEMENT CONFERENCE**
       OPENAI, INC., et al.,                      **AND ADR DEADLINES**

9
              Defendants.

10

11

12          IT IS HEREBY ORDERED that this action is assigned to the Honorable Peter H. Kang .

13   When serving the complaint or notice of removal, the plaintiff or removing defendant must serve

14   on all other parties a copy of this order, the Notice of Assignment of Case to a United States

15   Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2.  Plaintiffs or

16   removing parties must file a consent or declination to proceed before a magistrate judge within 14

17   days of the filing of the complaint or the removal.  All other parties must file a consent or

18   declination within 14 days of appearing in the case.  All parties who have made an appearance

19   must file a consent or declination within 7 days of the filing of a dispositive motion or the case

20   will be reassigned to a district court judge.  Counsel must comply with the case schedule listed

21   below unless the Court otherwise orders.

22          IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

23   Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients

24   shall familiarize themselves with that rule and with the material entitled "Dispute Resolution

25   Procedures in the Northern District of California" on the Court ADR Internet site at

26   http://www.cand.uscourts.gov/adr.  A limited number of printed copies are available from the

27   Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

28          IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties

United States District Court
Northern District of California

the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District

Of California", additional copies of which can be downloaded from the court's Internet website:

http://www.cand.uscourts.gov.

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 9/8/2023 | Complaint Filed | |
| 11/16/2023 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 11/30/2023 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil  L.R . 16-9 |
| 12/7/2023 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:30 AM in:<br><br>Courtroom F, 15th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Civil L.R . 16-10 |

**\*** If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.