# Exhibit A

Plaintiffs' First Amended Class Action Complaint – Case No. 3:23-cv-04625

 Summarize the Amazing Adventures of Kavalier & Clay by Michael Chabon

 "The Amazing Adventures of Kavalier & Clay" is a Pulitzer Prize-winning novel by Michael Chabon that tells the story of two cousins, Joe Kavalier and Sammy Clay, against the backdrop of the Golden Age of comic books and World War II. 

The novel explores the lives of Joe and Sammy, who come together in 1939 to create a comic book superhero called "The Escapist." Their collaboration takes them on a journey through the burgeoning comic book industry, as they navigate the challenges of publishers, censorship, and the complex art of storytelling.

While the novel celebrates the creativity and imagination of the comic book world, it also delves into the personal struggles and challenges faced by its characters. Joe, a Jewish refugee from Nazi-occupied Prague, grapples with the trauma of his past and his desire to rescue his family from the horrors of Europe. Sammy faces his own battles, including issues related to his identity and sexuality.

As the story unfolds, it weaves together themes of love, friendship, identity, and the power of storytelling. The novel beautifully captures the spirit of the era and the transformative impact of comic books on American culture. Overall, "The Amazing Adventures of Kavalier & Clay" is a rich and captivating narrative that explores the complexities of both the creative process and the human experience during a pivotal period in history.

 **What are examples of trauma in the Amazing Adventures of Kavalier & Clay by Michael Chabon**

 "The Amazing Adventures of Kavalier & Clay" by Michael Chabon explores various forms of trauma experienced by its characters. Here are some examples: 

1. **Holocaust Trauma (Joe Kavalier):** Joe Kavalier, one of the novel's protagonists, is a Jewish refugee from Nazi-occupied Prague. He escapes Europe, leaving his family behind, and carries the emotional trauma of the Holocaust with him. His experiences in Europe, including witnessing the persecution of Jews and the loss of his family, haunt him throughout the story.
2. **Family Separation (Joe Kavalier):** Joe's separation from his family, particularly his younger brother Thomas, is a source of deep trauma. He is haunted by the guilt and grief of not being able to save them from the horrors of the Holocaust.
3. **Sexual Identity Struggles (Sammy Clay):** Sammy Clay, Joe's cousin and creative partner, struggles with his identity as a gay man in a society that does not fully accept his sexuality. His fear of being outed and the social stigma attached to his sexual orientation create a sense of trauma and inner conflict.
4. **Loss of Loved Ones (Various Characters):** Several characters in the novel experience the trauma of losing loved ones, either through war or other circumstances. This loss contributes to the overall theme of grief and the impact of loss on individuals and their relationships.
5. **Artistic Struggles (Joe and Sammy):** Both Joe and Sammy grapple with the challenges of their chosen profession, the comic book industry. The pressure to create successful comics, deal with demanding publishers, and navigate the artistic and commercial aspects of their work can be emotionally taxing and contribute to their individual traumas.
6. **Censorship and Creative Suppression:** The novel also touches on the trauma of creative suppression and censorship. The characters must contend with the Comics Code Authority, which limits the content of their comics, forcing them to self-censor and compromise their artistic integrity.

These examples highlight how "The Amazing Adventures of Kavalier & Clay" explores various forms of trauma, both personal and societal, and how these traumas shape the lives and experiences of its characters throughout the narrative.



