# Exhibit B

Plaintiffs' First Amended Class Action Complaint – Case No. 3:23-cv-04625

 Summarize the Water Dancer by Ta-Nehisi Coates

 "The Water Dancer" by Ta-Nehisi Coates is a historical novel that blends elements of magical realism and the harsh realities of slavery. The story is set in the pre-Civil War South and follows the life of Hiram Walker, a young enslaved man who possesses a mysterious power known as "Conduction," which allows him to transport himself and others across great distances.

Hiram is the son of a black mother, who was sold away from him when he was a child, and a white plantation owner. His mixed heritage and the memory-altering effects of a head injury make him an outsider among both the enslaved and the enslavers. Hiram's journey is one of self-discovery and resistance as he becomes involved in the Underground Railroad, a secret network that helps enslaved people escape to freedom.

Throughout the novel, Hiram grapples with the pain of his past, the harsh realities of slavery, and the deep desire for freedom. He discovers the importance of memory in preserving one's identity and history, and he uses his unique ability to aid others in their quest for liberty.

"The Water Dancer" is a powerful exploration of the enduring impact of slavery on individuals and families, as well as a meditation on the power of memory, resilience, and the pursuit of justice. Coates combines historical accuracy with elements of magical realism to create a compelling narrative that sheds light on a dark period in American history.

Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT September 25 Version

 What are some examples of pain in Water Dancer by Ta-Nehisi Coates

 "The Water Dancer" by Ta-Nehisi Coates is a novel that explores themes of slavery, trauma,  and resilience. Throughout the book, there are numerous examples of pain experienced by the characters, both physical and emotional. Here are a few examples:

1. **Physical Pain of Slavery**: The novel vividly depicts the physical pain endured by enslaved people on plantations. This includes grueling labor, brutal whippings, and the harsh conditions of working in the fields.
2. **Hiram's Injury**: The protagonist, Hiram Walker, carries the emotional and physical pain of losing his mother and suffering a head injury as a child. This injury affects his memory and is a constant source of pain for him.
3. **Family Separation**: The separation of families due to the slave trade is a recurring theme in the novel. The pain of being torn apart from loved ones and the uncertainty of their fate is a source of deep emotional anguish for the characters.
4. **Loss of Identity**: Enslaved individuals often experienced the pain of losing their names, culture, and heritage. They were given new names by their enslavers and were stripped of their identities and histories.
5. **The Tasked vs. The Quality**: The novel explores the pain of the stark division between the enslaved "Tasked" and the enslaver class known as the "Quality." This division is a constant reminder of the powerlessness and inequality experienced by the enslaved.
6. **Betrayal and Trust**: Characters in the story experience the pain of betrayal and broken trust, as they navigate a world where loyalties are often tested and alliances are fragile.
7. **The Pain of Memory**: Hiram's gift of "Conduction" allows him to transport himself and others through space, but it also brings the pain of confronting buried memories and trauma
8. **The Pain of Longing for Freedom**: Throughout the novel, characters yearn for freedom

↻ Regenerate

Send a message    ➤

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT September 25 Version

**A** — Write a paragraph in the style of the water dancer by Ta-Nehisi Coates

In the dimly lit recesses of history, where shadows loom long and whispers of courage echo through time, we find ourselves drawn into the sacred dance of resistance. It is a dance born from the blood-soaked soil of ancestral pain, an incantation that conjures the spirits of those who dared to defy the chains of oppression. With each step, we are transported to a world where the river's current flows not only with water but with the dreams of a people yearning to be free. The rhythm of the water dancer's feet echoes the heartbeat of a nation's struggle, a relentless cadence that refuses to be silenced. In this dance, we glimpse the alchemy of strength forged in the crucible of adversity, and we are reminded that, even in the darkest of hours, the human spirit can soar, unbound and undefeated.