# Exhibit C

Plaintiffs' First Amended Class Action Complaint – Case No. 3:23-cv-04625

**A** — Summarize The Brief Wondrous Life of Oscar Wao by Junot Diaz

  "The Brief Wondrous Life of Oscar Wao" by Junot Diaz is a novel that revolves around the life of Oscar de León, a young Dominican-American living in New Jersey. The story is a multi-generational narrative that explores themes of identity, love, family, and the immigrant experience.

Oscar is a nerdy and overweight young man who is obsessed with science fiction, fantasy, and finding love. He struggles with his identity as a Dominican in the United States and is haunted by a family curse, the "fukú," which is believed to bring bad luck to the de León family.

The novel also delves into the lives of Oscar's family members, including his rebellious sister Lola and their mother Beli, who escaped from the Dominican Republic's brutal Trujillo regime. The story weaves together their individual journeys and experiences, shedding light on the complexities of their cultural heritage and the challenges they face in a new country.

Throughout the book, Diaz employs a unique narrative style that combines Dominican history, pop culture references, and a blend of English and Spanish. It's a tale of love and tragedy, highlighting the struggles of the de León family as they grapple with their past and strive for a better future in a world marked by both personal and societal challenges. Ultimately, it's a poignant exploration of the immigrant experience and the quest for identity and belonging.

 What are some examples of the immigrant experience in The Brief Wonderous Life of Oscar Wao by Junot Diaz

 "The Brief Wondrous Life of Oscar Wao" by Junot Diaz is rich with examples of the immigrant experience, particularly for Dominican-Americans. Here are some key examples from the novel:

1. Cultural Identity: The characters in the novel, especially Oscar, grapple with their cultural identity as Dominican-Americans. They often feel like outsiders in both the Dominican Republic and the United States, trying to navigate a balance between their heritage and the culture of their new home.
2. Language and Bilingualism: The novel frequently switches between English and Spanish, reflecting the bilingual nature of many immigrant households. This linguistic duality is an integral part of the characters' lives and reflects the challenges and advantages of being fluent in multiple languages.
3. Family Ties and Sacrifices: The de León family's story highlights the sacrifices that immigrant families make for the promise of a better life. Beli's escape from the Trujillo regime and the challenges she faces as an undocumented immigrant in the U.S. illustrate the lengths to which immigrants will go to protect their families and secure a brighter future.
4. Racism and Discrimination: The novel addresses the racism and discrimination that many immigrants face in the United States. The characters encounter stereotypes, prejudice, and social biases, which impact their self-esteem and sense of belonging.
5. Struggles for Success: Oscar and his family members pursue education and career opportunities as a means of achieving success and escaping poverty. This pursuit of the American Dream is a common theme in immigrant narratives, as they strive to improve their socio-economic status and provide a better life for their families.
6. Return to Homeland: Lola's return to the Dominican Republic is emblematic of the immigrant experience. It highlights the complex relationship that many immigrants have with their homeland, as they grapple with nostalgia, a sense of loss, and the changes that have occurred since they left.
7. Community and Belonging: The characters often find solace and a sense of community within immigrant enclaves and among other Dominican-Americans. These tight-knit communities provide support and a sense of belonging in a new and unfamiliar country.
8. Cultural Traditions: The novel portrays various aspects of Dominican culture and traditions, such as the belief in the "fukú" curse and the significance of family and community gatherings. These cultural elements serve as a link to their roots and provide a sense of continuity in their lives.

Overall, "The Brief Wondrous Life of Oscar Wao" delves deeply into the immigrant experience, offering a nuanced portrayal of the challenges, triumphs, and complexities faced by Dominican-Americans as they navigate their dual identities and strive for a better life in the United States.

↻ Regenerate

Send a message ▸

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version

