# Exhibit D

Plaintiffs' First Amended Class Action Complaint – Case No. 3:23-cv-04625

 Summarize the Confessions of Max Tivoli by Andrew Sean Greer

 "The Confessions of Max Tivoli" by Andrew Sean Greer is a novel narrated by its titular character, Max Tivoli, who is born with a rare condition that causes him to age backward. He starts his life as an elderly-looking child and grows younger as he gets older chronologically. Set in San Francisco in the late 19th and early 20th centuries, the story revolves around Max's lifelong love for Alice, a woman he meets when he appears much older than his actual age.

Max's unrequited love for Alice forms the emotional core of the novel as he watches her grow older while he becomes younger. Despite the challenges posed by his condition, Max's narrative is marked by his resilience, longing, and the desire to hold onto the love of his life. The novel explores themes of identity, the fluidity of time, and the enduring power of love that transcends physical appearances.

Andrew Sean Greer's beautifully written narrative offers a poignant and thought-provoking examination of the human experience, the complexities of love, and the inexorable passage of time. Max Tivoli's confessions provide a unique perspective on the nature of age, beauty, and the profound impact of love on one's life.

 What are examples of the nature of beauty in The Confessions of Max Tivoli by Andrew Greer?

 "The Confessions of Max Tivoli" by Andrew Sean Greer explores the theme of beauty in various ways, often through the lens of the novel's unique premise, where the protagonist ages backward. Here are some examples of the nature of beauty in the novel: 

1. **Physical Beauty and Age**: Max Tivoli's condition, which causes him to age backward, highlights society's obsession with physical beauty and how it changes with age. Max experiences the challenges and privileges of looking both young and old at different points in his life, and this shapes his perception of beauty.
2. **The Perception of Beauty**: The novel delves into the idea that beauty is subjective and can be influenced by individual perspectives. Max's own view of beauty evolves as he ages in reverse, and he grapples with how others perceive him at different stages of his life.
3. **Ephemeral Beauty**: Max's condition underscores the fleeting nature of physical beauty. His experience serves as a metaphor for the transitory nature of youth and the impermanence of physical attractiveness.
4. **Unrequited Love and Beauty**: Max's profound and enduring love for Alice is central to the novel. Despite the challenges posed by his condition, Max sees Alice as eternally beautiful, regardless of her age. This suggests that true beauty lies in the depths of a person's character and their connection with another, rather than solely in physical appearance.
5. **Timeless Beauty**: The novel suggests that there is a timeless quality to love and beauty that transcends the constraints of time and age. Max's love for Alice persists throughout their lives, reflecting the idea that love can remain beautiful and meaningful, even as external appearances change.
6. **Society's Expectations**: The novel also critiques societal norms and expectations regarding beauty, as Max grapples with the limitations and prejudices placed on him due to his unique condition. It underscores how society's definitions of beauty can be restrictive and judgmental.

Overall, "The Confessions of Max Tivoli" uses its unconventional premise to explore the multifaceted nature of beauty, challenging conventional notions and highlighting the enduring beauty of love and human connections.

