# Exhibit G

Plaintiffs' First Amended Class Action Complaint – Case No. 3:23-cv-04625

**A** Summarize What the Dead Know by Laura Lippman

"What the Dead Know" by Laura Lippman is a mystery novel that centers around the disappearance of two sisters, Heather and Sunny Bethany, in 1975. The story begins decades later when a woman claiming to be one of the missing sisters reemerges, setting off a complex investigation. The novel alternates between the perspectives of the present-day investigator, Detective Kevin Infante, and the woman claiming to be Heather Bethany.

As the narrative unfolds, secrets from the past are gradually revealed, shedding light on the lives of the missing sisters, their family, and the circumstances surrounding their disappearance. Detective Infante's relentless pursuit of the truth becomes a race against time as he tries to unravel the mystery and confirm the woman's identity. The novel explores themes of identity, trauma, family, and the enduring impact of a long-buried tragedy.

Ultimately, "What the Dead Know" is a gripping and emotionally charged mystery that keeps readers guessing until the final revelation. It delves into the complexities of memory, guilt, and the consequences of decisions made in the past.

 What are the main themes in What the Dead Know by Laura Lippman?

 "What the Dead Know" by Laura Lippman explores several main themes throughout the novel:

1. **Identity and Memory**: One of the central themes is the fluidity of identity and the unreliability of memory. The woman claiming to be one of the missing sisters forces characters and readers alike to grapple with questions of identity and whether memories can be trusted after so many years.
2. **Family and Relationships**: The novel delves into the dynamics of family relationships, both within the Bethany family and in the lives of the characters involved in the investigation. It examines the ways in which family ties can be both enduring and fraught with complexity.
3. **Loss and Trauma**: The disappearance of the Bethany sisters in 1975 and the subsequent years of uncertainty represent a profound loss for the family and the community. The novel explores the lasting trauma that can result from such an event and how it affects the lives of those involved.
4. **Truth and Deception**: The story revolves around the mystery of the woman's true identity and the events leading up to the disappearance of the sisters. It raises questions about truth and deception, as characters attempt to uncover the real story hidden beneath layers of secrets and lies.
5. **Time and Change**: The passage of time and the impact of change over the decades are significant themes. The novel juxtaposes the 1970s with the present day, highlighting how people and places have evolved over time and how the past continues to influence the present.
6. **Justice and Redemption**: Detective Kevin Infante's pursuit of the truth and his determination to bring closure to the Bethany family exemplify themes of justice and redemption. His investigation becomes not just about solving a mystery but also about providing closure and healing for those affected.
7. **Community and Secrets**: The novel portrays the tight-knit nature of the community where the sisters disappeared and the enduring power of long-held secrets within such communities.

Overall, "What the Dead Know" weaves these themes into a gripping mystery narrative, creating a story that explores the complexities of human relationships, the enduring impact of the past, and the search for truth and closure.

