# Exhibit J

Plaintiffs' First Amended Class Action Complaint – Case No. 3:23-cv-04625

**A** Summarize Brown Girl Dreaming by Jacqueline Woodson


"Brown Girl Dreaming" by Jacqueline Woodson is a memoir in verse that tells the story of the author's childhood and coming-of-age. The book is set in the 1960s and 1970s and follows Woodson's experiences growing up as an African American girl in both the South and the North, as her family moves from South Carolina to New York City.

The memoir is written in a series of poems, each capturing a moment, a memory, or an emotion from Woodson's life. It explores themes of identity, race, family, and the power of storytelling. Jacqueline Woodson reflects on her evolving understanding of her place in the world, her love of writing, and the influence of her family, particularly her grandparents and her mother, who nurtured her love for words and stories.

"Brown Girl Dreaming" is a poignant and beautifully written narrative that explores the author's journey to find her voice as a writer and to understand the complexities of her own identity in the context of the civil rights movement and the changing social landscape of the United States. It received critical acclaim for its lyrical prose and its portrayal of the challenges and triumphs of a young girl growing up in a racially divided America.

**A** What are the main themes in Brown Girl Dreaming by Jacqueline Woodson?

 "Brown Girl Dreaming" by Jacqueline Woodson explores several main themes throughout the memoir in verse:

1. **Identity**: A central theme of the book is the exploration of identity, particularly the author's journey to understand her identity as an African American girl growing up in the United States. Woodson grapples with questions of race, culture, and self-identity as she navigates her place in the world.
2. **Family and Belonging**: The importance of family and a sense of belonging is a recurring theme. Woodson's strong connection to her family, particularly her grandparents and her mother, provides a source of support, love, and cultural heritage as she grows up.
3. **Literature and Storytelling**: Woodson's love for literature and storytelling is woven throughout the memoir. Her passion for reading and writing becomes a source of solace and empowerment, helping her find her voice and make sense of the world.
4. **Racial Injustice and Civil Rights**: The memoir takes place during the civil rights movement in the United States, and Woodson's experiences reflect the racial injustices and inequalities of the time. Her family's experiences and her own encounters with racism are significant elements of the narrative.
5. **Coming of Age**: "Brown Girl Dreaming" is a coming-of-age story that follows the author's growth and development from childhood into adolescence. It explores the challenges, discoveries, and transitions that accompany this formative period in her life.
6. **Education and Knowledge**: The importance of education and the pursuit of knowledge are themes that run through the memoir. Woodson's thirst for learning and her experiences in school are integral to her personal growth.
7. **The Power of Memory**: The memoir is a reflection on memory and the way it shapes our understanding of the past and our sense of self. Woodson's recollections of her childhood are a testament to the enduring power of memory.

Overall, "Brown Girl Dreaming" is a beautifully written exploration of identity, family, literature, and the social and cultural context of the civil rights era. Jacqueline Woodson's lyrical prose and evocative storytelling make the themes of the memoir resonate deeply with readers.

