| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| TX0004467234 | Julius Knipl, real estate photographer :stories /by Ben Katchor ; introd. by Michael Chabon. | Chabon, Michael |
| TX0006205031 | The mysteries of Pittsburgh. | Chabon, Michael |
| TX0005615539 | Casting the Runes and other ghost stories /M. R. James ; with a new introd. by Michael Chabon. | Chabon, Michael |
| PA0001982581 | Leaving Los Feliz . | Chabon, Michael |
| TX0008443980 | KINGDOM OF OLIVES AND ASH. | Chabon, Michael |
| PA0001993221 | Leaving Los Feliz. | Chabon, Michael |
| PA0001987367 | Crack in the Pearl Pt. II. | Chabon, Michael |
| TX0007037055 | GENTLEMEN OF THE ROAD: A TALE OF ADVENTURE. | Chabon, Michael |
| TX0002273161 | The Mysteries of Pittsburgh /Michael Chabon. | Chabon, Michael |
| TX0006158332 | The final solution :a story of detection /Michael Chabon. | Chabon, Michael |
| TX0005658305 | Summerland /Michael Chabon. | Chabon, Michael |
| TX0003027661 | A Model world :and other stories /Michael Chabon. | Chabon, Michael |
| TX0002642493 | The Mysteries of Pittsburgh /Michael Chabon. | Chabon, Michael |
| TX0008268840 | SUMMERLAND: NEW INTRODUCTION. | Chabon, Michael |
| TX0007294092 | TRICKSTER MAKES THIS WORLD: Mischief, Myth, and Art by Lewis Hyde. | Chabon, Michael |
| TX0007060289 | Manhood for Amateurs. | Chabon, Michael |
| TXu001067382 | The discovery of Pittsburgh :Michael Chabon presentation at the Drue Heinz lectures March 26, 2001. | Chabon, Michael |
| TX0006457590 | THE YIDDISH POLICEMEN'S UNION. | Chabon, Michael |
| TX0005262341 | The amazing adventures of Kavalier & Clay :a novel /Michael Chabon. | Chabon, Michael |
| TX0005776318 | Ghost dance /by Sherman Alexie. | Chabon, Michael |
| TX0004467233 | Julius Knipl, real estate photographer :stories /by Ben Katchor ; introd. by Michael Chabon. | Chabon, Michael |
| TX0004074633 | Wonder boys /Michael Chabon. | Chabon, Michael |
| TX0008371091 | MOONGLOW. | Chabon, Michael |
| TX0008349949 | The Sandmeyer Reaction. | Chabon, Michael |
| TX0009227576 | AWESOME MAN: THE MYSTERY INTRUDER | Chabon, Michael |
| TX0007510482 | Astonishing Secret of Awesome Man, The. | Chabon, Michael |
| CSN0024313 | The Best American short stories . :selected from U. S. and Canadian magazines /by John Updike, with Shannon Ravenel ; with an introd. by John Updike. | Chabon, Michael |
| TX0007598229 | What to Make of Finnegan's Wake? | Chabon, Michael |
| TX0007598102 | TELEGRAPH AVENUE. | Chabon, Michael |
| TX0004916177 | Werewolves in their youth :stories /Michael Chabon. | Chabon, Michael |
| TX0009144642 | Fight of the Century. | Chabon, Michael |

| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| TX0008725808 | Foreword to THE ORIGIN OF OTHERS by Toni Morrison. | Coates, Ta-Nehisi |
| TX0008868909 | THE UNDERGROUND RAILROAD RECORDS :Narrating the Hardships, Hairbreadth Escapes, and Death Struggles of Slaves in Their Efforts for Freedom (by William Still) | Coates, Ta-Nehisi |
| TX0008071553 | BETWEEN THE WORLD AND ME. | Coates, Ta-Nehisi |
| TX0009097078 | Final Draft: The Collected Work of David Carr. | Coates, Ta-Nehisi |
| TX0008071553 | Between The World And Me; literary work / Ta-Nehisi Coates. | Coates, Ta-Nehisi |
| TX0007140102 | THE BEAUTIFUL STRUGGLE. | Coates, Ta-Nehisi |
| TX0006409494 | The fraternal order of unmarried dads. | Coates, Ta-Nehisi |
| TX0008806177 | THE WATER DANCER   A Novel. | Coates, Ta-Nehisi |
| TX0008528330 | WE WERE EIGHT YEARS IN POWER   An American Tragedy. | Coates, Ta-Nehisi |

| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| TX0007613704 | THIS IS HOW YOU LOSE HER. | Diaz, Junot |
| TX0006915029 | The Brief Wondrous Life of Oscar Wao / Junot Diaz. | Diaz, Junot |
| TX0008493100 | The Best American Short Stories 2016. | Diaz, Junot |
| TX0004325834 | Drown /Junot Diaz. | Diaz, Junot |
| TX0008599497 | ISLANDBORN. | Diaz, Junot |
| SR0000276923 | The best American short stories, 1999. | Diaz, Junot |
| TX0008599497 | Islandborn; book / Junot Diaz; Reg. | Diaz, Junot |

| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| TX0007009647 | THE STORY OF A MARRIAGE: A Novel. | Greer, Andrew |
| TX0008464510 | Less. | Greer, Andrew |
| TXu001002330 | America-free radio, first transmission. | Greer, Andrew |
| TX0008034528 | Transcending Mysteries. | Greer, Andrew |
| TX0005956484 | The Confessions of Max Tivoli | Greer, Andrew |
| TX0009144726 | "We Love You, Edie Windsor!". | Greer, Andrew |
| TX0007755360 | THE IMPOSSIBLE LIVES OF GRETA WELLS. | Greer, Andrew |
| TX0005151791 | How it was for me /Andrew Sean Greer. | Greer, Andrew |
| TXu001954061 | The Princess And The Fool Book One: Dragon Slayers of Eld. | Greer, Andrew |
| TX0009209671 | Less Is Lost. | Greer, Andrew |
| TX0009240694 | THE BEST AMERICAN SHORT STORIES 2022. | Greer, Andrew |
| TX0005438792 | Path of Minor Planets | Greer, Andrew |

| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| PA0000818054 | Trying to find Chinatown and Bondage | Hwang, David Henry |
| PA0001025890 | Silver river / Bright Sheng ; libretto by David Henry Hwang. | Hwang, David Henry |
| TX0004702780 | Red scarf girl : a memoir of the cultural revolution / Ji-li Jiang ; foreword by David Henry Hwang. | Hwang, David Henry |
| PAu002520087 | Monkey king : teleplay / by David Henry Hwang. | Hwang, David Henry |
| PA0001026155 | Monkey king / produced in association with RTL Television ; directed by Peter MacDonald. | Hwang, David Henry |
| TX0005475853 | Monkey King / Kathryn Wesley ; based on a teleplay by David Henry Hwang. | Hwang, David Henry |
| V2629P114 | M Butterly; literary work / By David Henry Hwang. | Hwang, David Henry |
| PA0000686686 | M. Butterfly / directed by David Cronenberg. | Hwang, David Henry |
| SR0000233586 | M. Butterfly / by David Henry Hwang. | Hwang, David Henry |
| PAu001797302 | M. Butterfly : a screenplay / by David Henry Hwang. | Hwang, David Henry |
| PAu001704693 | Golden gate : a screenplay. | Hwang, David Henry |
| PA0000938173 | Golden child / by David Henry Hwang. | Hwang, David Henry |
| PA0001646192 | FLY AN OPERA IN TWO ACTS. | Hwang, David Henry |
| TX0005852810 | Flower drum song / by C. Y. Lee. ; introd. by David Henry Hwang. | Hwang, David Henry |
| TX0005852811 | Flower drum song / by C. Y. Lee. ; introd. by David Henry Hwang. | Hwang, David Henry |

| | | |
|---|---|---|
| V3485D124 | Flower drum song; adaptation of the libretto / Written By David Henry Hwang. | Hwang, David Henry |
| PAu002652709 | Flower drum song. | Hwang, David Henry |
| PAu002880980 | Elton John & Tim Rice's Aida / Buch von Linda Woolverton und Robert Falls & David Henry Hwang ; Deutsch von Michael Kunze. | Hwang, David Henry |
| PAu002880983 | Elton John & Tim Rice's Aida / book by Linda Woolverton and Robert Falls & David Henry Hwang ; translations by Martine Bijl. | Hwang, David Henry |
| SRu001404789 | Eating Fish. | Hwang, David Henry |
| PA0001846303 | CHINGLISH. | Hwang, David Henry |
| TX0001085940 | Broken promises : four plays / David Henry Hwang ; [with a foreword by Maxine Hong Kingston]. | Hwang, David Henry |
| TX0001085941 | Broken promises : four plays / David Henry Hwang ; [with a foreword by Maxine Hong Kingston]. | Hwang, David Henry |
| TX0002616093 | M. Butterfly / by David Henry Hwang ; with an afterword by the playwright. | Hwang, David Henry |
| PAu000780808 | Rich relations / by David Henry Hwang. | Hwang, David Henry |
| PAu001783197 | Come : a stage musical with music & lyrics. | Hwang, David Henry |
| PA0001708187 | YELLOW FACE | Hwang, David Henry |
| PA0001342778 | Tibet through the red box | Hwang, David Henry |
| PA0001342789 | Peer Gynt | Hwang, David Henry |
| PAu000364411 | Dance and the railroad / by David Henry Hwang. | Hwang, David Henry |
| PA0000472315 | FOB and other plays / David Henry Hwang ; with a foreword by Maxine Hong Kingston. | Hwang, David Henry |
| PAu001365959 | 1000 airplanes on the roof. By Philip Glass & David Henry Hwang. | Hwang, David Henry |
| PAu002812433 | Sound of a voice. | Hwang, David Henry |
| PA0000212072 | Sound of a voice / by David Henry Hwang. | Hwang, David Henry |

| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| TX0005243503 | Sam, the cat and other stories / Matthew Klam | Klam, Matthew |
| TX0008480316 | Who is Rich? A Novel | Klam, Matthew |
| TX0006185237 | Beach book / stories by, Gina Berriault, Anthony Doerr, Jeffrey Eugenides, Hester Kaplan, Matthew Klam, Gabriel Garcia Marquez, Frederick Reiken, Isaac Bashevis Singer and Robert Stone. | Klam, Matthew |

4

| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| TX0008771837 | LADY IN THE LAKE. | Lippman, Laura |
| TX0005108573 | In big trouble : a Tess Monaghan mystery / Laura Lippman. | Lippman, Laura |
| TX0005441059 | In a strange city / Laura Lippman. | Lippman, Laura |
| TX0007250387 | I'd Know You Anywhere. | Lippman, Laura |
| TX0007998000 | HUSH HUSH. | Lippman, Laura |
| TX0006941162 | Hardly Knew Her. | Lippman, Laura |
| TX0007358417 | HARDLY KNEW HER. | Lippman, Laura |
| TX0008554958 | FIVE FIRES. | Lippman, Laura |
| TX0008626244 | FIVE FIRES. | Lippman, Laura |
| TX0008552345 | Everyday Housewife. | Lippman, Laura |
| V3627D448 | Every secret thing, TX5949358. | Lippman, Laura |
| TX0009089351 | DREAM GIRL | Lippman, Laura |
| TX0008480177 | Dirty money: a Parker novel. | Lippman, Laura |
| TX0006150167 | Dear Penthouse forum (a first draft) | Lippman, Laura |
| TX0004695822 | Charm city / Laura Lippman. | Lippman, Laura |
| TX0006025934 | By a spider's thread / Laura Lippman. | Lippman, Laura |
| SR0000363872 | By a spider's thread / Laura Lippman. | Lippman, Laura |
| TX0004894501 | Butchers Hill / Laura Lippman. | Lippman, Laura |
| TX0006848757 | BLACK LIZARD BIG BOOK OF PULPS [edited by Otto Penzler] | Lippman, Laura |
| TX0007997856 | Best American Mystery Stories 2014 - Introduction. | Lippman, Laura |
| TX0004635832 | Baltimore blues / Laura Lippman. | Lippman, Laura |
| TX0006973855 | ANOTHER THING TO FALL. | Lippman, Laura |
| TX0007586691 | AND WHEN SHE WAS GONE. | Lippman, Laura |
| TX0007843291 | AFTER I'M GONE. | Lippman, Laura |
| TX0005686894 | Last Place | Lippman, Laura |
| TX0006823103 | Laura the Pest | Lippman, Laura |
| TX0006916373 | Life Sentences | Lippman, Laura |
| TX0007427931 | Most Dangerous Thing | Lippman, Laura |
| TX0009022747 | My Life as a Villainess | Lippman, Laura |
| TX0000610831 | Population of India | Lippman, Laura |
| TX0006150168 | Rendevous | Lippman, Laura |
| TX0009163752 | Seasonal Work | Lippman, Laura |

| TX0008891371 | Slow Burner | Lippman, Laura |
|---|---|---|
| TX0009272004 | Summer of Fall: Gravity Is a Bitch, Bit I'm Still Standing | Lippman, Laura |
| TX0008654986 | Sunburn | Lippman, Laura |
| TX0006196807 | The Power of Three | Lippman, Laura |
| TX0008559276 | Waco 1982 | Lippman, Laura |
| TX0005647944 | What He Needed | Lippman, Laura |
| TX0006554453 | What the Dead Know | Lippman, Laura |
| TX0008278638 | Wilde Lake | Lippman, Laura |
| TX0005949358 | Every Secret Thing | Lippman, Laura |
| TX0009139582 | Writing While Masked: Reflections on 2020 and Beyond | Lippman, Laura |
| TX0006099683 | Wire: truth be Told | Lippman, Laura |

| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| TX0008762468 | No Visible Bruises: What We Don't Know About Domestic Violence Can Kill Us. | Snyder, Rachel Louise |
| TX0006972474 | Fugitive Denim: A Moving Story of People and Pants in the Borderless World of Global Trade. | Snyder, Rachel Louise |
| TX0007838965 | What We've Lost is Nothing. | Snyder, Rachel Louise |
| TX0006839915 | FUGITIVE DENIM: A Moving Story of People and Pants in the Borderless World of Global Trade. | Snyder, Rachel Louise |

| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| TX0007238734 | RED HOOK ROAD: A Novel. | Waldman, Ayelet |
| TX0008380605 | REALLY GOOD DAY: How Microdosing Made a Mega Difference in My Mood, My Marriage, and My Life. | Waldman, Ayelet |
| TX0005567872 | Playdate with death / Ayelet Waldman. | Waldman, Ayelet |
| TX0005146642 | Nursery crimes / Ayelet Waldman. | Waldman, Ayelet |
| TX0006008682 | Murder plays house / Ayelet Waldman. | Waldman, Ayelet |
| TX0008073135 | Loving Learning: How Progressive Education Can Save America's Schools. | Waldman, Ayelet |
| TX0007922166 | LOVE AND TREASURE. | Waldman, Ayelet |
| V3572D507 | Love and other impossible pursuits. TX 6-306-572. | Waldman, Ayelet |
| TX0008443980 | KINGDOM OF OLIVES AND ASH. | Waldman, Ayelet |
| TX0009144642 | Fight of the Century. | Waldman, Ayelet |
| TX0006409486 | Dividing the man from his mother. | Waldman, Ayelet |

| TX0005825048 | Death gets a time-out / Ayelet Waldman. | Waldman, Ayelet |
| TX0006358064 | Daughter's keeper. | Waldman, Ayelet |
| TX0006244953 | Cradle robbers. | Waldman, Ayelet |
| TX0006445866 | Bye-bye, black sheep. | Waldman, Ayelet |
| TX0005423253 | Big nap / Ayelet Waldman. | Waldman, Ayelet |
| TX0006955461 | BAD MOTHER: A Chronicle of Maternal Crimes, Minor Calamities, and Occasional Moments of Grace. | Waldman, Ayelet |

| Copyright Registration Number | Title or Work | Author |
|---|---|---|
| TX0007055718 | AFTER TUPAC & D FOSTER. | Woodson, Jacqueline |
| TX0008269833 | Another Brooklyn. | Woodson, Jacqueline |
| TX0004046640 | Autobiography of a family photo : a novel / Jacqueline Woodson. | Woodson, Jacqueline |
| TX0008775743 | Before Her. | Woodson, Jacqueline |
| TX0009151766 | BEFORE THE EVER AFTER . | Woodson, Jacqueline |
| V15004D893 | Behind You; Book Reg. TX0006005315. | Woodson, Jacqueline |
| TX0006005315 | Behind you / Jacqueline Woodson. | Woodson, Jacqueline |
| TX0007504670 | BENEATH A METH MOON. | Woodson, Jacqueline |
| TX0003683788 | Between Madison and Palmetto : a novel / Jacqueline Woodson. | Woodson, Jacqueline |
| TX0003856160 | Book chase / by Jacqueline Woodson ; ill. by Steve Cieslawski. | Woodson, Jacqueline |
| TX0008741080 | BROWN GIRL DREAMING. | Woodson, Jacqueline |
| TX0007957319 | BROWN GIRL DREAMING. | Woodson, Jacqueline |
| VA0001291959 | Coming on home soon / Jacqueline Woodson ; illustrated by E. B. Lewis. | Woodson, Jacqueline |
| TX0006079209 | Coming on home soon / Jacqueline Woodson ; illustrated by E. B. Lewis. | Woodson, Jacqueline |
| TX0007142090 | "Company, The". | Woodson, Jacqueline |
| TX0008783148 | DAY YOU BEGIN illustrated by Rafael Lopez. | Woodson, Jacqueline |
| TX0003156668 | Dear one / Jacqueline Woodson. | Woodson, Jacqueline |
| TX0007687970 | EACH KINDNESS illustrated by E. B. Lewis. | Woodson, Jacqueline |
| TX0006560320 | Feathers. | Woodson, Jacqueline |
| TX0004212380 | From the notebooks of Melanin Sun / Jacqueline Woodson. | Woodson, Jacqueline |
| TX0006542543 | Geechee girls dancin' / by Jacqueline Woodson. | Woodson, Jacqueline |
| TX0008675581 | HARBOR ME. | Woodson, Jacqueline |
| TX0004647658 | House you pass on the way / Jacqueline Woodson. | Woodson, Jacqueline |
| SR0000228194 | I hadn't meant to tell you this / by Jacqueline Woodson. | Woodson, Jacqueline |
| TX0003848365 | I hadn't meant to tell you this / by Jacqueline Woodson. | Woodson, Jacqueline |
| TX0004902328 | If you come softly / Jacqueline Woodson. | Woodson, Jacqueline |
| TX0005974420 | Kiwi / by Jacqueline Woodson. | Woodson, Jacqueline |
| TX0002808022 | Last summer with Maizon / Jacqueline Woodson. | Woodson, Jacqueline |
| SR0000272117 | Lena / by Jacqueline Woodson. | Woodson, Jacqueline |
| TX0004972399 | Lena / Jacqueline Woodson. | Woodson, Jacqueline |

| SR0000336475 | Locomotion / by Jacqueline Woodson. | Woodson, Jacqueline |
|---|---|---|
| TX0005673631 | Locomotion / Jacqueline Woodson. | Woodson, Jacqueline |
| TX0004246524 | Maizon at Blue Hill by Jacqueline Woodson : teacher's guide. | Woodson, Jacqueline |
| TX0003407397 | Maizon at Blue Hill / Jacqueline Woodson. | Woodson, Jacqueline |
| TX0005225273 | Miracle's boys / Jacqueline Woodson. | Woodson, Jacqueline |
| V3479D582 | Miracle's boys; literary work / Written by Jacqueline Woodson. | Woodson, Jacqueline |
| TX0005297994 | On earth / by Jacqueline Woodson. | Woodson, Jacqueline |
| SR0000339007 | Other side / by Jacqueline Woodson. | Woodson, Jacqueline |
| TX0005271149 | Other side / Jacqueline Woodson ; illustrated by E. B. Lewis. | Woodson, Jacqueline |
| VA0001067291 | Other side / Jacqueline Woodson ; illustrated by E. B. Lewis. | Woodson, Jacqueline |
| VA0001168859 | Our Gracie aunt / by Jacqueline Woodson ; ill. by John J. Muth. | Woodson, Jacqueline |
| TX0005655176 | Our Gracie aunt / by Jacqueline Woodson ; ill. by John J. Muth. | Woodson, Jacqueline |
| TX0007041533 | PEACE, LOCOMOTION. | Woodson, Jacqueline |
| TX0007295416 | PECAN PIE BABY illustrated by Sophie Blackall. | Woodson, Jacqueline |
| TX0008797859 | RED AT THE BONE. | Woodson, Jacqueline |
| TX0009144753 | "Scottsboro, USA". | Woodson, Jacqueline |
| VA0001333520 | Show way by Jacqueline Woodson. | Woodson, Jacqueline |
| TX0006265521 | Show way illustrated by Hudson Talbott. | Woodson, Jacqueline |
| TX0009141434 | Still. | Woodson, Jacqueline |
| TX0005200486 | Sweet, sweet memory / Jacqueline Woodson ; ills. by Floyd Cooper. | Woodson, Jacqueline |
| VA0001023895 | Sweet, sweet memory / Jacqueline Woodson ; ills. by Floyd Cooper. | Woodson, Jacqueline |
| TX0007782226 | THIS IS THE ROPE: A Story from the Great Migration illustrated by James Ransome. | Woodson, Jacqueline |
| TX0007241223 | "Trev". | Woodson, Jacqueline |
| TX0008577979 | VAGINA MONOLOGUES 20th Anniversary Edition (by Eve Ensler) | Woodson, Jacqueline |
| VA0001160111 | Visiting Day / by Jacqueline Woodson ; illustrated by James E. Ransome. | Woodson, Jacqueline |
| TX0005625044 | Visiting Day / by Jacqueline Woodson ; illustrated by James E. Ransome. | Woodson, Jacqueline |
| TX0004589548 | Way out of no way : writing about growing up Black in America / edited by Jacqueline Woodson. | Woodson, Jacqueline |

|              |                                                                                      |                     |
|--------------|--------------------------------------------------------------------------------------|---------------------|
| TX0004700530 | We had a picnic this Sunday past / Jacqueline Woodson ; illustrated by Diane Greenseid. | Woodson, Jacqueline |
| VA0000898530 | We had a picnic this Sunday past / Jacqueline Woodson ; illustrated by Diane Greenseid. | Woodson, Jacqueline |
| TX0003622939 | What has been done to me / Jacqueline Woodson.                                       | Woodson, Jacqueline |
| TX0009307701 | WORLD BELONGED TO US illustrated by Leo Espinosa.                                    | Woodson, Jacqueline |
| TX0009256263 | YEAR WE LEARNED TO FLY.                                                              | Woodson, Jacqueline |
| TX0004018641 | Slipping away / by Jacqueline Woodson.                                               | Woodson, Jacqueline |